JS - 6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE GILBERTO QUINTANA, | NO. CV 07-07603 CJC (SS) |
| Petitioner, | **JUDGMENT** |
| v. | |
| JAMES WALKER, Warden, | |
| Respondent. | |

Pursuant to the Court's Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the above-captioned action is dismissed with prejudice.

DATED: April 20, 2009

CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE